Date: 01/07/11                                                                                                                                    Page: 1

## DIVIDENDS REMITTED TO THE COURT

Check Number 106 Dated 01/07/11
Case Number 09-36905 - GEARIN, LARRY D

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **American Express Centurion Bank**<br>**c/o Becket and Lee LLP**<br>**POB 3001**<br>**Malvern PA 19355-0701**<br>    FINAL DISTRIBUTION<br>    1008 | 000004 | 121.45 | 1.74 |
| ---------- Remittance Total ---------- | | 121.45 | 1.74 |

John A. Hedback, Trustee

COURT1                                                                                              Printed: 01/07/11 11:39 AM    Ver: 16.01c